UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT CHARLES CLASS A, L.P., individually and on behalf of itself and all other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATWEST MARKETS PLC, NATWEST MARKETS SECURITIES INC. (F/K/A RBS SECURITIES INC.) AND JOHN DOE 1-50,<br><br>Defendants. | Civil Action No. 3:21-cv-01709 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Robert Charles Class A, L.P. hereby gives notice that the above captioned action (Case No. 3:21-cv-01709) is voluntarily dismissed without prejudice against Defendants NatWest markets PLC and NatWest Markets Securities Inc. (collectively, "Defendants").  Voluntary dismissal without prejudice is appropriate because Defendants have not filed any responsive pleading in this matter.

Date: January 27, 2022

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s *Joseph P. Guglielmo*
Joseph P. Guglielmo (CT 27481)
Erin Green Comite (CT 24886)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
jguglielmo@scott-scott.com
ecomite@scott-scott.com

Thomas K. Boardman (*pro hac vice*)
Louis F. Burke (*pro hac vice* forthcoming)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
tboardman@scott-scott.com
lburke@scott-scott.com

Christopher M. Burke (*pro hac vice*)
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
cburke@scott-scott.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Joseph P. Guglielmo, hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
